No. 02–10685. GOMEZ-HERRERA, AKA GOMEZ, AKA HERRERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10697. MAREK v. GROSSHANS. C. A. 7th Cir. Certiorari denied.

No. 02–10701. GRICE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10704. WYNN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10705. RIVERA-PEREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10710. GUEVARA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10713. WESNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10714. TOLENTINO-TAVERA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10718. WALKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10722. GANT v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–10723. PEVELER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–10727. WALTON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–10729. WILSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10730. ORTEGA-BRITO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10733. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.